

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00075-CR

---

ANGEL RICKY ESPINOZA A/K/A                                    APPELLANT
JOSE RICKY ANGEL ESPINOZA

V.

THE STATE OF TEXAS                                                STATE

----------

FROM COUNTY COURT AT LAW NO. 1 OF PARKER COUNTY
TRIAL COURT NO. CCL1-13-0555

----------

## MEMORANDUM OPINION[1]

----------

On February 12, 2015, Appellant Angel Ricky Espinoza a/k/a Jose Ricky Angel Espinoza filed a notice of appeal attempting to appeal his October 28, 2013 conviction for possession of a controlled substance—synthetic cannabinoid—in an amount of two ounces or less. On March 23, 2015, we notified Espinoza that it appeared we lacked jurisdiction over this appeal because

---

[1]*See* Tex. R. App. P. 47.4.

the notice of appeal was not timely filed. *See* Tex. R. App. 26.2(a). We advised him that this appeal could be dismissed unless he, or any party desiring to continue the appeal, filed a response showing grounds for continuing the appeal on or before April 2, 2015. We received no response.

A timely notice of appeal is essential to vest this court with jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). This court does not have authority to grant an out-of-time appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Accordingly, we dismiss this appeal for lack of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 28, 2015

---

[2]We also note that the trial court's certification of defendant's right of appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."